The People of the State of New York, Respondent,
*v.* Joseph A. Codd, Appellant.

Argued October 14, 1937; decided November 16, 1937.

*M. Edward Kaye* for appellant.

*Walter C. Newcomb, District Attorney* (*W. J. Wetherbee* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.